# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-5064

_____

GERNARD CHESTNUT,

　Appellant,

　v.

STATE OF FLORIDA,

　Appellee.

_____

On appeal from the Circuit Court for Leon County.
Robert R. Wheeler, Judge.

April 3, 2018

PER CURIAM.

　AFFIRMED.

LEWIS, KELSEY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Gernard Chestnut, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.